1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 KARL N. STEEN, | Case No. 5:21-CV-1182-JWH (LAL) |
| 11 Petitioner, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| 12 v. | |
| 13 B. KIBLER, Warden, | |
| 14 Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination. Petitioner's Objections generally lack merit for the reasons set forth in the Report and Recommendation. Accordingly, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ACCEPTED**.
2. Judgment shall be entered **DENYING** the Petition and **DISMISSING** this action **with prejudice**.
3. The Clerk is **DIRECTED** to serve copies of this Order on the parties.

DATED: February 21, 2023

Honorable John W. Holcomb
United States District Judge