JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL N. STEEN,<br><br>    Petitioner,<br><br>    v.<br><br>B. KIBLER, Warden,<br><br>    Respondent. | Case No. 5:21-CV-1182-JWH (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **DENIED** and this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED: February 21, 2023

_____
Honorable John W. Holcomb
United States District Judge